

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00515-CR

Rodolfo Nino **ALEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 465736
Honorable George H. Godwin, Judge Presiding

## O R D E R

Appellant's brief was due on November 9, 2015. On November 24, 2015, following notification from this court, appellant's attorney filed a motion for a 30-day extension of time to file the brief.  This Court granted the motion for extension of time, extending the deadline to December 9, 2015.  Appellant's attorney still has not filed appellant's brief.

We ORDER appellant's attorney to file appellant's brief on or before January 4, 2016. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings will also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court